**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Bruce SAMUELS, a/k/a Briscoe Samuels, a/k/a Bruce Bynum, Defendant—Appellant.**

No. 08–7045.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 17, 2008.

Bruce Samuels, Appellant Pro Se. Alan Mark Salsbury, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Samuels appeals the district court's order denying his 18 U.S.C. § 3582

(2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *United States v. Samuels*, No. 2:93–cr–00066–HCM–5 (E.D.Va. May 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*